### 34930. MARSH v. MARSH.

BOWLES, Justice.

This appeal is from an order denying modification of a child support award. The parties were divorced by final decree on February 2, 1973. Incorporated into the decree was a property settlement agreement setting child support for the two minor children of the parties at $300 per month.

On October 26, 1977, appellee filed suit against appellant seeking modification of his visitation rights. Appellant filed a counterclaim requesting an increase in support for the children. The issue of child support was tried before a jury. The jury verdict, and judgment entered thereon, denied the relief requested by appellant. We affirm.

Code Ann. § 30-220 (a) provides that upon a change in income and financial status of the husband, a child support judgment *may* be revised. Ga. L. 1977, pp. 1253, 1254. The statute does not, however, require a revision. *Barker v. Barker,* 233 Ga. 170 (210 SE2d 705) (1974). To determine if there has been such a change, a comparison must be made between the father's financial status at the time of the original decree and at the time of trial. *Hooks v. Avret,* 219 Ga. 743 (135 SE2d 899) (1964). The final decision of whether to modify the award is within the discretion of the trier of fact. *Potts v. Potts,* 229 Ga. 827 (194 SE2d 471) (1972); *Knox v. Knox,* 225 Ga. 481 (169 SE2d 805) (1969).

Reviewing the record, we find evidence to support the verdict and judgment denying modification of the earlier child support award. Accordingly, we affirm. *Barker v.*

*Barker,* supra.
*Judgment affirmed. All the Justices concur.*

ARGUED MAY 15, 1979 — DECIDED MAY 30, 1979 —
REHEARING DENIED JUNE 22, 1979.

*Haas, Holland, Levison & Gibert, Richard N. Hubert,* for appellant.
*Martin H. Rubin,* for appellee.